AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| BMO HARRIS BANK N.A. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| SISI TRUCKING LLC and AIMAL SIDDIQI, an individual | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aimal Siddiqi
3107 Duryea Place
Richmond, VA  23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alison R. Ellis, VSB No. 75564
Katherine E. Sheffield, VSB No. 96473
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1900
Richmond, VA  23219-4068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

Date:  July 1, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22cv00468

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Aimal Siddiqi
was received by me on *(date)* 7-1-22 .

☐ I personally served the summons on the individual at *(place)*
          on *(date)*     ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Posted
on front Door , a person of suitable age and discretion who resides there,
on *(date)* 7-5-22 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*     , who is
designated by law to accept service of process on behalf of *(name of organization)*
    on *(date)*     ; or

☐ I returned the summons unexecuted because     ; or

☐ Other *(specify)*:

My fees are $     for travel and $     for services, for a total of $     .

I declare under penalty of perjury that this information is true.

Date: 7-5-22

          *William Ford*
                    Server's signature

          William Ford
                   Printed name and title

          1011 E Main St
                  Server's address

Additional information regarding attempted service, etc: