UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

BMO HARRIS BANK N.A.,

Plaintiff

v.                                                                 Civil Action No.  3:22cv00468-REP

SISI TRUCKING LLC and AIMAL
SIDDIQI,

Defendants

ANSWER OF DEFENDANTS SISI TRUCKING LLC AND AIMAL SIDDIQI

Defendants state the following as their answer to the Complaint:

1. Defendants admit the following allegations of the Complaint: 1-20, 25, 42-43.

2. Defendants are unable to admit or deny the following allegations of the Complaint because the previously controlling principal in the LLC Defendant has disappeared and is believed to be out of the country and has concealed books records, income, expenses checking accounts and other business-critical information from individual Defendant Siddiqi who has now reasserted control over the LLC Defendant and is attempting to reconstruct business and other financial records: 21-24, 26-30, 38-41, 44-48, 51, 53-56 and 58.

3. Defendants incorporate by reference their prior responses to the following allegations of the Complaint: 31, 37, 44, and 49.

4. Defendants deny the following allegations of the Complaint: 57.

                                                             SISI TRUCKING LLC and AIMAL SIDDIQI
                                                             /s/ C. Jay Robbins, IV

                                                         C. Jay Robbins, IV, VSB 22847
                                                         C. Jay Robbins, IV P.C.
                                                         8003 Franklin Farms Rd.
                                                         Suite 233
                                                         Richmond, VA 23229
                                                         Direct Dial 804.299.4208
                                                         Fax 804.774.7527

                                  CERTIFICATE OF SERVICE

I certify that on August 9, 2022, I have electronically filed the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

Alison R. Ellis (VSB No. 75564)
Katherine E. Sheffield (VSB No. 96473)*
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1900
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
aellis@reedsmith.com
ksheffield@reedsmith.com

*BMO HARRIS BANK N.A.*

                                                                /s/ C. Jay Robbins, IV