UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

BMO HARRIS BANK N.A.,

Plaintiff

v.   Civil Action No. 3:22cv00468-REP

SISI TRUCKING LLC and AIMAL SIDDIQI,

Defendants

## AFFIDAVIT OF AIMAL SIDDIQI

Aimal Siddiqi states the following under oath:

1. My name is Aimal Siddiqi. I am one of the Defendants in this case.

2. When Sisi Trucking LLC (Sisi) was established, I was not a member or manager. I later became a member and manager. I am no longer a member or manager of the LLC.

3. The other principal in the LLC was Shuhrat Eshonqulov. Because Eshonqulov had been a principal in two trucking companies, Ceres Transport LLC and Soso Transport LLC, he was supposed to manage the day-to-day operations of Sisi as a shipping and trucking company.

4. After signing the security agreement attached to the Complaint, Eshonqulov and I traveled to West Virginia to pick up the trucks shown in the security agreement attached to the Complaint.

5. The four trucks were then driven to a Mexican restaurant in Midlothian sometime in January 2022. I do not remember the name of the restaurant or its address.

6. I do not believe I have seen the trucks since January 2022, but I may have. I have never had the keys to any of the trucks.

7. After the telephone hearing with the Court on September 21, my attorney urged me to use the contacts I had to try to locate the trucks..

8. Yesterday, I made more than 10 phone calls over the course of more than an hour to get some information about where the trucks may be located. I was told by a former business associate of Eshonqulov that two of the trucks were at Spark Auto Service 5976 Midlothian Turnpike, Richmond, VA 23225. I was also told that two of the trucks are somewhere out-of-state. I do not know which of the four trucks are at Spark Auto Service and which of the four trucks are out-of-state.

9. I do not know if any of the trucks are actually at Spark Auto Service or if any of the trucks are actually out-of-state. The only information I have is what I was told.

WITNESS the following signatures and seals:

_____ (SEAL)

Commonwealth of Virginia  
County/~~City~~ of  Henrico :

I, the undersigned, a notary public in and for the jurisdiction aforesaid, do hereby certify that AIMAL SIDDIQI, who has provided satisfactory evidence of identity, appeared before me on Sept 22, 2022 and acknowledged the foregoing instrument.

Clement Jay Robbins  
NOTARY PUBLIC  
Notary #7690882  
Expiration 8/31/2020

CLEMENT JAY ROBBINS  
NOTARY PUBLIC  
REGISTRATION # 7690882  
COMMONWEALTH OF VIRGINIA  
MY COMMISSION EXPIRES AUG. 31, 2024

AIMAL SIDDIQI

By: /s/ C. Jay Robbins, IV
C. Jay Robbins, IV
VSB 22847
Attorney for AIMAL SIDDIQI
C. Jay Robbins, IV P.C.
8003 Franklin Farms Rd.
Suite 233
Richmond, VA 23229
Direct Dial 804.299.4208
Fax 804.774.7527
Email cjr@robbins.legal

## CERTIFICATE OF SERVICE

I certify that on September 22, 2022, I have electronically filed the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

Alison R. Ellis (VSB No. 75564)
Katherine E. Sheffield (VSB No. 96473)*
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1900
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
aellis@reedsmith.com
ksheffield@reedsmith.com

*BMO HARRIS BANK N.A.*

/s/ C. Jay Robbins, IV