# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| BMO HARRIS BANK N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:22-cv-00468-REP |
| | ) | |
| SISI TRUCKING LLC and AIMAL SIDDIQI, an individual, | ) ) | |
| | ) | |
| Defendants. | ) | |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff BMO Harris Bank N.A. (the "Plaintiff") and Defendants Sisi Trucking LLC and Aimal Siddiqi (together, the "Defendants"), hereby stipulate to the dismissal without prejudice of Plaintiff's Complaint, without an award of fees or costs to any party.  The Parties further stipulate and agree that, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court shall maintain jurisdiction of this matter for the purposes of enforcing the Parties' settlement agreement presented on the record on September 22, 2022.

Dated: September 26, 2022                                             Respectfully Submitted,

| | |
|---|---|
| */s/ C. Jay Robbins, IV* | */s/ Alison R. Ellis* |
| C. Jay Robbins, IV (VSB No. 22847) | Alison R. Ellis (VSB No. 75564) |
| C. JAY ROBBINS, IV P.C. | REED SMITH LLP |
| 8003 Franklin Farms Rd. | Riverfront Plaza – West Tower |
| Suite 233 | 901 East Byrd Street, Suite 1900 |
| Richmond, Virginia 23229 | Richmond, Virginia 23219 |
| Telephone: (804) 299-4208; | Telephone: (804) 344-3400 |
| Fax: (804) 774-7527 | Fax: (804) 344-3410 |
| cjr@robbins.com | aellis@reedsmith.com |
| | |
| *Counsel for Defendants, Sisi Trucking LLC and Aimal Siddiqi* | *Counsel for BMO Harris Bank N.A.* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2022, I have electronically filed the foregoing using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record, including the following:

C. Jay Robbins, IV (VSB No. 22847)
C. JAY ROBBIN, IV P.C.
8003 Franklin Farms Rd., Suite 233
Richmond, Virginia 23229
Telephone: (804) 299-4208;
Fax: (804) 774-7527
cjr@robbins.com

*Counsel for Defendants, Sisi Trucking LLC and Aimal Siddiqi*

/s/ *Alison R. Ellis*
Alison R. Ellis (VSB No. 75564)
REED SMITH LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
aellis@reedsmith.com

*Counsel for BMO Harris Bank N.A.*